WILLIAM V. CULLEN, Appellant, *v.* STATE OF NEW YORK, Respondent.

(Claim No. 23428.)

Argued January 6, 1938; decided January 25, 1938.

*A. Stanley Copeland* for appellant.

*John J. Bennett, Jr., Attorney-General (Leon M. Layden* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.